IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| Eduardo Perez, | |
| Plaintiff, | Case No. 7:23-cv-00122 |
| v. | |
| Restaurante Molcas, LLC and Veronica de la Fuente | Judge Hon. Ricardo H. Hinojosa |
| Defendants. | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**

Now comes Eduardo Perez (Plaintiff" or "Perez") by his attorney James M. Dore from Justicia Laboral LLC, presenting this Motion for Default Judgement against Restaurante Molcas, LLC ("Rest. Molcas") and Veronica de la Fuente ("Fuente") (Rest. Molcas and Fuente collectively referred to as "Defendants"), pursuant to Federal Rule of Civil Pro. 55(b), and states:

1.  This cause of action was filed on April 10, 2023, whereby Plaintiff seeks redress for unpaid overtime wages and minimum wages owed under the Fair Labor Standards Act (29 USC § 201, et. seq.). Plaintiff was a former employee of Defendants. *See* Docket No. 1.

2.  Plaintiff issued summonses and placed them for service. *See* Docket No. 6.

3.  Defendant Restaurante Molcas, LLC was served through its Registered Agent and co-defendant Veronica de la Fuente on July 24, 2023. *See* Docket No. 11.

4.  With Court's leave for alternative service, on November 4, 2023, individual Defendant Veronica de la Fuente was served via certified mail. *See* Dockets No. 25, 26 and 27.

5.  Defendant Fuente is the registered agent of Rest. Molcas and was Plaintiff's head boss. *See* Docket No. 1.

6.      Defendants failed to plead or otherwise defend the action and were defaulted on August 26, 2024. *See* Dockets No. 29, 30 and 31.

7.      Accordingly, Plaintiff now moves for a default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55; in support, Plaintiff tenders supporting documents.

8.      Plaintiff Perez is asking that a default judgment be entered in his favor in the amount of $18,059.75, constituting $9,029.88 for unpaid overtime wages and $9,029.88 as liquidated damages. See Affidavit of Prove-Up by Plaintiff Perez, attached as Exhibit A.

9.      Additionally, Plaintiff requests an award of reasonable attorney's fees and costs of suit in the amount of $4,906.00 pursuant to 29 USC § 216(b) of the Fair Labor Standards Act. In support thereof, attached hereto as Exhibit B is the Petition for Attorney's Fees and Costs.

10.     In support of this Motion, Plaintiff attaches: (i) a Certificate of Default, attesting to the fact that Defendants have failed to plead or otherwise defend in this case (See Exhibit C); and (ii) An Affidavit as to Military Service establishing that the Defendants are not on current active duty with the US Armed Forces (See Exhibit D).

WHEREFORE, Plaintiff Eduardo Perez, respectfully requests that this Motion be granted, and that the Court enter a default judgment in the amount of $22,965.75 plus post-judgment interest against Defendants Green Shade Custom Outdoor, Inc. and Jose Malagon, jointly and severally, and for any other relief deemed just or necessary.

s/   James M. Dore
**Justicia Laboral LLC**
**James M. Dore (TX Bar # 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

Eduardo Perez,

    Plaintiff,

v.

Restaurante Molcas, LLC and
Veronica de la Fuente

    Defendants.

Case No. 7:23-cv-00122

Judge Hon. Ricardo H. Hinojosa

**Affidavit for Prove-Up by Plaintiff Rios**

Eduardo Perez, having been first duly sworn on oath, states:

1. I am adult, over the age of twenty-one, and I have personal knowledge of the facts set forth in this affidavit, and I am the Plaintiff in the above captioned action.

2. My primary language is Spanish. I have read and reviewed this affidavit with the assistance of an interpreter, Derian Geovanni Palacios Morales, who is an employee of my lawyer's law firm, Justicia Laboral, LLC.

3. I am a resident of Mission, Texas; I was formerly employed by Defendant Veronica de la Fuente ("Fuente") to work in her business Restaurante Molcas, LLC ("Rest. Molcas") (Fuente and Rest. Molcas cumulatively referred to as "Defendants") in Palmhurst, Texas.

4. I began working for Defendants in or before 2018 until the last days of February 2021. I was a cook in Defendants business. I was required to work regularly at least 93 hours per week. My rate of pay, in relevant times, from August 2020 until my employment ended was $7.25 per hour.

5. Throughout my employment, Defendants scheduled and directed me to work in excess of 40 hours per week, every week, that I worked for Defendants.

6. I was paid all the hours worked as straight-time. I didn't receive the one and a half times rate for the overtime hours worked over forty (40) per week.

7. Defendant Fuente is the owner and President of the business Rest. Molcas in Palmhurst, Texas and she was in charge of all employees, including myself.

8. During relevant periods, Defendants employed at least 10 employees, including myself to work at their restaurant business.

9. Defendants directed and controlled my work. Defendant Fuente did not demonstrate any mental or other disabilities that would impact on her competency.

10. At all relevant times, I was Defendants "employee" as that term is defined in the FLSA; I do not fall into any of the exceptions or exemptions for workers under the FLSA.

11. Defendants were my "employers" at Rest. Molcas as that term is defined in Section 203 of the FLSA, as it is a privately-owned for-profit and because: (1) they were my bosses; (2) she had the power to hire and fire the employees, including myself; (3) supervised and controlled the work schedules and conditions of employment; (4) determined the rate and method of payment for employees, including my rate; and (5) maintained employment records.

12. At all times material to the Complaint, upon information and belief, Defendant Rest. Molcas had an annual dollar volume of sales or business done of at least $500,000.

13. At all times, I was engaged in interstate commerce, as my work was directly involved the use of food and products sold in commerce that moved across state lines.

14. I was never given accurate wage statements or paystubs.

15. As a result of Defendants' unlawful conduct, I am entitled to actual and compensatory damages, including the amount of overtime and/or minimum wages that should have been paid but were not paid, under the FLSA.

16. Defendants failed to act reasonably to comply with the FLSA, and as such, I am entitled to an award of liquidated damages in an equal amount of double the amount of unpaid wages deemed to be owed.

17. Attached hereto as Exhibit A is a spreadsheet showing my unpaid overtime wages on a week-by-week basis, as well as the damages I am seeking. Ex. A is incorporated herein.

18. I am also entitled to an award of reasonable and necessary attorneys' fees, costs, expert fees, mediator fees, and out-of-pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure.

19. I would ask that the Court enter judgment in the amount of **$18,059.76** plus reasonable attorney's fees, plus costs of suit, itemized as follows:

a) $9,029.88 (Overtime unpaid wages)

b) $9,029.88 (FLSA liquidated damages)

c) TBD – reasonable attorney's fees and costs

## Verification

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/6/2024

Firmado por:
_[signature]_
41238FDA8B4A475...
Eduardo Perez

## Interpreter Verification

I declare under penalty of perjury that I am fluent in both English and Spanish, and that I read and interpreted this Affidavit from English to Spanish for Affiant.

Date: 9/6/24

_[signature]_
Derian Geovanni Palacios Morales

**EXHIBIT A**

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|
| 4/12/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 4/19/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 4/26/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 5/3/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 5/10/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 5/17/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 5/24/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 5/31/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 6/7/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 6/14/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 6/21/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 6/28/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 7/5/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 7/12/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 7/19/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 7/26/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 8/2/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 8/9/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 8/16/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 8/23/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 8/30/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 9/6/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 9/13/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 9/20/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 9/27/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 10/4/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 10/11/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 10/18/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 10/25/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 11/1/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 11/8/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 11/15/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 11/22/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 11/29/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 12/6/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|
| 12/13/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 12/20/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 12/27/2020 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 1/3/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 1/10/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 1/17/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 1/24/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 1/31/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 2/7/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 2/14/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 2/21/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| 2/28/2021 | 93 | 53 | $7.25 | $192.13 | $192.13 |
| **TOTALS:** | | | | **$9,029.88** | **$9,029.88** |

**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| Eduardo Perez, <br><br> Plaintiff, <br><br> v. <br><br> Restaurante Molcas, LLC and Veronica de la Fuente <br><br> Defendants. | Case No. 7:23-cv-00122 <br><br> Judge Hon. Ricardo H. Hinojosa |

**PETITION FOR ATTORNEY'S FEES, TIME AND TASKS**

James M. Dore, having been first duly sworn on oath, states:

1. Plaintiff Eduardo Perez retained me, to represent him in the above captioned lawsuit against the named Defendants. The above captioned lawsuit involves claims under the Fair Labor Standards Act to collect unpaid overtime wages from Defendants, his formers employers.

2. I am the primary attorney responsible for handling this matter. I am licensed to practice law in the state of Texas. My Texas Bar number is 24128272. The administrative work on the file is performed by our employee, Derian Geovanni Palacios Morales, also referred to as "Gio" in our time keeping records. We do not bill any hourly time for work performed by Gio.

3. My billable hourly rate is $400.00 per hour for matters of this kind.

4. My $400.00 hourly rate is reasonable and comparable to rates charged by attorneys and staff of a comparative level, serving the same legal market: the metropolitan Texas area. I have been practicing law for over fifteen years.

5.  The following list specifies an accurate statement of the subjects and the professional time spent and to be spent in the prosecution of the claims of Plaintiff against the Defendants. The list represents the coincidental or reasonably current preparation of the subject matters and the time assigned as reflected in the records of the attorney for Plaintiffs:

| Date | Atty | Hours | Description of Activity |
|---|---|---|---|
| 12/05/22 | JMD | 0.30 | INTERVIEW WITH CLIENTS; RESEARCH RE: DEFENDANT; ONLINE PRESENCE AND LOCATION; |
| 4/10/23 | JMD | 1.50 | DRAFT COMPLAINT; DRAFT CIVIL ACTION COVER SHEET; DRAFT APPEARANCE; DRAFT SUMMONSES TO DEFENDANTS; DRAFT COIP; FILE SAME; |
| 4/11/23 | JMD | 0.40 | REVIEW DOCKET ORDER; EMAIL SUMMONSES AND COMPLAINT TO SPS FOR SERVICE; |
| 4/21/23 | JMD | 0.10 | REVIEW SERVICE OF PROCESS; UNEXECUTED |
| 5/31/23 | JMD | 0.40 | DRAFT MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS AND RESET HEARING; FILE SAME; |
| 6/01/23 | JMD | 0.10 | REVIEW AMENDING ORDER; |
| 7/20/23 | JMD | 0.10 | REVIEW SERVICE OF PROCESS; |
| 7/25/23 | JMD | 0.30 | DRAFT MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS; FILE SAME; |
| 8/08/23 | JMD | 0.50 | REVIEW SERVICE OF PROCESS, EXECUTED FOR CORP; DRAFT MOTION TO RESET INITIAL CONFERENCE; FILE SAME; REVIEW AMENDING ORDER; |
| 8/09/23 | JMD | 0.10 | DRAFT CERTIFICATE OF SERVICE; FILE SAME; |
| 8/11/23 | JMD | 0.05 | REVIEW ORDER GRANTING TIME EXTENSION TO EFFECT SERVICE OF PROCESS; |
| 10/03/23 | JMD | 0.60 | DRAFT MOTION FOR ENTRY OF DEFAULT FOR RESTAURANTE MOLCAS, LLC; FILE SAME; |
| 10/04/23 | JMD | 0.30 | DRAFT MOTION FOR ALTERNATIVE SERVICE AND TIME EXTENSION TO COMPLETE SERVICE OF PROCESS; FILE SAME; |
| 10/25/23 | JMD | 0.20 | DRAFT STATUS REPORT; FILE SAME; |
| 10/27/23 | JMD | 0.10 | REVIEW AMENDING ORDER; |
| 10/31/23 | JMD | 0.20 | DRAFT MOTION TO APPEAR REMOTELY; FILE SAME; |
| 11/03/23 | JMD | 0.10 | REVIEW ORDER GRANTING ALT SERVICE OF PROCESS; |
| 11/04/23 | JMD | 0.15 | MAIL SUMMONS AND COMPLAINT FOR SERVICE; |
| 11/07/23 | JMD | 0.30 | PREPARE FOR COURT; INITIAL PRETRIAL CONFERENCE; |
| 11/14/23 | JMD | 0.20 | DRAFT AFFIDAVIT OF SERVICE; FILE SAME; |
| 1/09/24 | JMD | 0.60 | REVIEW DOCKET; DRAFT MOTION FOR DEFAULT FOR DEFENDANT VERONICA DE LA FUENTE; FILE SAME; |
| 8/28/24 | JMD | 0.10 | REVIEW ORDER GRANTING ENTRIES OF DEFAULT; |
| 8/26/24 | JMD | 0.05 | CALL COURT'S CLERK FOR CASE STATUS; |
| 9/05/24 | JMD | 3.60 | CALL WITH CLIENT DETAILING DAMAGES IN THE CASE; DRAFT AFFIDAVIT FOR PROVE-UP, DRAFT PETITION FOR ATTORNEYS FEES AND COSTS; DRAFT PETITION FOR DEFAULT JUDGEMENT; DRAFT CERT MILITARY SERVICE; DRAFT NOTICE AND MOTION FOR DEFAULT JUDGMENT; |

| 9/06/24 | JMD | 0.40 | REVIEW AND REVISE PROVEUP DOCUMENTS; FILE SAME. |

**Total Hours:** JMD hrs 10.75 X $400.00 = **$4,300.00** Total Attorneys Fees

**Costs** | **Date** | **Amount** | **Description**
| 04/10/23 | $402.00 | Filing Complaint - ATXSDC-29729768
| 08/10/23 | $204.00 | Service SPS – Summonses and Complaints

**Total Costs: $606.00**

6.  These records identify the work that we did each day, the amount of time that we devoted to this matter on that day (including separate entries for each task), and a description of the work performed. The time entries on these invoices were entered by me personally, at or near the time of performing the work in the ordinary course of our daily practice. These billing records are kept in the ordinary course of our regularly conducted business activities. Some entries may have been redacted in part for the purpose of protecting attorney-client communications or work product privilege.

7.  The tasks performed and the costs incurred were all reasonably and necessarily incurred in the case. The fees and costs incurred reflect tasks that were performed competently and efficiently.

8.  Accordingly, the total amount of attorney's fees and costs being sought are **$4,906.00**.

9.  I have personal knowledge of the facts set forth in this Affidavit and can testify in accordance therewith.

**Verification**

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 5, 2024

/s/ James M. Dore
**Justicia Laboral, LLC.**
*Attorney for Plaintiffs*
Texas Bar No. 24128272
6232 N. Pulaski Road, Suite 300, Chicago, IL 60646
P: 773-415-4898
jdore@justicialaboral.com

# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| Eduardo Perez, <br><br> Plaintiff, <br><br> v. <br><br> Restaurante Molcas, LLC and Veronica de la Fuente <br><br> Defendants. | Case No. 7:23-cv-00122 <br><br> Judge Hon. Ricardo H. Hinojosa |

**AFFIDAVIT AND CERTIFICATE IN SUPPORT OF MOTION FOR DEFAULT**

I, **James M. Dore**, attorney for Plaintiff in the above captioned matter, do hereby certify that on September 5, 2024, I reviewed the Court file and online docket for this case. I further certify that none of the Defendants in this case have entered an answer to the lawsuit as of today's date or have defended but been defaulted.

**Verification**

I declare under penalty of perjury that the foregoing is true and correct.


Executed: September 5, 2024 September 5, 2024.                     /s/ James M. Dore

James M. Dore
**Justicia Laboral, LLC.**
*Attorneys for Plaintiffs*
Texas Bar No. 24128272
6232 N. Pulaski Road, Suite 300
Chicago, IL 60646
P: 773-415-4898
jdore@justicialaboral.com

# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| Eduardo Perez, | |
| Plaintiff, | Case No. 7:23-cv-00122 |
| v. | Judge Hon. Ricardo H. Hinojosa |
| Restaurante Molcas, LLC and Veronica de la Fuente | |
| Defendants. | |

## AFFIDAVIT AS TO MILITARY SERVICE

I, **James M. Dore**, counsel for plaintiff, on oath state that with respect to Defendant Veronica de la Fuente from Restaurante Molcas, LLC**,** said defendant is not in the military service of the United States. This affidavit is based on these facts: Defendant is registered and operating a business in the geographic boundaries of Texas. Defendant was served with no mention of active military service.

### Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 5, 2024.                    /s/ James M. Dore

James M. Dore
**Justicia Laboral, LLC.**
*Attorney for Plaintiffs*
Texas Bar No. 24128272
6232 N. Pulaski Road, Suite 300
Chicago, IL 60646
P: 773-415-4898
jdore@justicialaboral.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LUIS ANTONIO RIOS CHAVEZ,               ) <br> ) <br> Plaintiff,      ) <br> v.                                ) <br> ) <br> GREEN SHADE CUSTOM OUTDOOR, INC.   ) <br> and JOSE MALAGON                      ) <br> ) <br> Defendants.   ) | Case No. 4:24-cv-00034 <br><br> JUDGE CHARLES ESKRIDGE |

## NOTICE OF FILING

**TO:**	**Restaurante Molcas, LLC**	**Veronica de La Fuente**
	c/o Veronica de la Fuente
	*Defendant*	*Defendant*
	412 W. Mile 3 Road	412 W. Mile 3 Road
	Palmhurst, Texas 78573	Palmhurst, Texas 78573

PLEASE TAKE NOTICE on September 6, 2024, I caused to be file the attached Plaintiff's Motion for Default Judgment, copies of which are hereby served upon you.

I declare under penalty of perjury that the foregoing is true and correct.


		s/   James M. Dore
**Justicia Laboral LLC**
**James M. Dore (TX Bar # 24128272)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL. 60646
P: 773-415-4898
E: jdore@justicialaboral.com

## Certificate of Service

I, James M. Dore, an attorney, certify that I served this **MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS** by First Class U.S. Mail on the below at the address indicated on September 6, 2024, with proper postage pre-paid, addressed to:

**TO:**  **Restaurante Molcas, LLC**   **Veronica de La Fuente**
*Defendant*   *Defendant*
c/o Veronica de la Fuente   412 W. Mile 3 Road
412 W. Mile 3 Road   Palmhurst, Texas 78573
Palmhurst, Texas 78573

/s/ **James M. Dore**