United States District Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EDUARDO PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00122 |
| | § | |
| RESTAURANTE MOLCAS, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### **DEFAULT JUDGMENT**

Now before the Court is Plaintiff's Motion for Default Judgment. (Dkt. No. 33). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

Defendants have failed to file an Answer to Plaintiff's Complaint or defend in this matter. Plaintiff has established his entitlement to recovery of unpaid wages and overtime wages under the Fair Labor Standards Act, liquidated damages of an equal amount under the Fair Labor Standards Act, post-judgment interest, and reasonable attorney's fees and costs.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED**:

Plaintiff Eduardo Perez shall recover from Defendants Restaurante Molcas, LLC and Veronica de la Fuente, jointly and severally:

$9,029.88 for unpaid wages and overtime wages;

$9,029.88 as liquidated damages; and

$5,006.00 in reasonable attorney's fees and court costs,

all of the above bearing post-judgment interest from the date of judgment at 3.90% per annum, for all of which execution may issue.

SO ORDERED August 12, 2025, at McAllen, Texas.

*[signature: Randy Crane]*

Randy Crane
Chief United States District Judge